■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON TORRES, Appellant. [732 NYS2d 898] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 14, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of counsel because the defense counsel did not raise a justification defense. A review of the record indicates that the defense counsel implemented a reasonable strategy at all stages of the trial (*see, People v Hobot,* 84 NY2d 1021, 1022). In any event, there was no basis for raising a justification defense. Viewed in the light most favorable to the defendant (*see, People v Padgett,* 60 NY2d 142; *People v Watts,* 57 NY2d 299), the evidence was insufficient to establish that he shot the victim while the victim was attempting to commit a burglary (*see,* Penal Law § 35.20; *People v Cox,* 92 NY2d 1002; *People v Goetz,* 68 NY2d 96; *People v Godfrey,* 80 NY2d 860; *People v Bertone,* 213 AD2d 417).

The defendant's remaining contentions are without merit. Krausman, J. P., Friedmann, Florio and Adams, JJ., concur.